Linh Thi Minh Tran
12542 SE Capella court
Happy Valley, Oregon 97086
Tel: 503-558-0886
Email: minhlinhtrn@gmail.com
Plaintiff Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON-PORTLAND DIVISION

| | |
|---|---|
| LINH THI MINH TRAN | CASE NO: 1:16-cv-02318-SI |
| Plaintiff, | Assigned to : Hon. Michael H. Simon |
| v. | |
| CLEAR RECON CORP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; OCWEN LOAN SERVICING, LLC; And DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16, ASSET-BACKED CERTIFICATES SERIES 2006-16 | ORDER ON PLAINTIFF'S MOTION REQUEST FOR EMERGENCY RESTRAINING ORDER CANCELLING AND ENJOINING TRUSTEE'S SALE OF PLAINTIFF'S PROPERTY SCHEDULED FOR JANUARY 24, 2017 |
| Defendants. | CLACKAMAS COUNTY COURT CASE: 16CV 36714 |

The Court having read and considered the motion request for the issuance of emergency restraining order cancelling and enjoining trustee's sale scheduled for January 24, 2017 filed by Plaintiff Linh Thi Minh Tran including the declaration and exhibits submitted to the court in support thereof, based on the court file herein and the applicable Oregon Statutes, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion Request for Emergency Restraining Order Cancelling and Enjoining Trustee's Sale of Plaintiff's Property Scheduled for January 24, 2017 are:

[ ✓ ] ALLOWED

[  ] DENIED

*Bond waived. This order expires in 14 days.*

_____
U.S.D. Judge

*Michael H. Simon*
*U.S. District Judge*
*January 23, 2017*

Submitted by:

Linh Thi Minh Tran
12542 SE Capella court
Happy Valley, Oregon 97086
Tel: 503-558-0886
Email: minhlinhtrn@gmail.com